# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSHUA MICHAEL SNOOK,      :   No. 84 MM 2019
:
Petitioner       :
:
:
:
v.          :
:
:
:
COMMONWEALTH OF PENNSYLVANIA,   :
:
Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the "Application for Relief Pursuant to Pa.R.A.P. 123" is DENIED.